Mark W. Epstein (SBN 143202)
George M. Lee (SBN 172982)
**SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**
101 Montgomery Street, 27th Floor
San Francisco, California 94104
Phone: (415) 979-0500
Fax:     (415) 979-0511
Email: mwe@sezalaw.com
            gml@sezalaw.com

Attorneys for Petitioner
BRYCE P. GOEKING





UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re KIRA FLORENCE GOEKING, a minor, by and through her guardian ad litem, BRYCE P. GOEKING,<br><br>Petitioner. | Case No. CV 11 5642<br><br>**PETITION AND PROPOSED ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

Petitioner, BRYCE P. GOEKING, states as follows:

1.  I am the adoptive father of KIRA FLORENCE GOEKING ("Kira"), who is a minor of the age of 12 years old. I have personal knowledge of the facts stated herein, and if called as a witness, could testify thereto.

2.  I will be filing herewith a Petition for Amendment of Naturalization Certificate, filed on Kira's behalf, to amend her naturalization certificate to reflect her true birth date of March 9, 1999. Said petition is made under 8 C.F.R. § 338.5.

3.  I reside at 217 Summit Avenue, Mill Valley, California 94941, along with Kira, and her adoptive mother, Tia S. Miyamoto. I am a competent and responsible person, and fully competent to act as guardian ad litem for Kira.

4.  I am willing to act as guardian ad litem for Kira, as confirmed by my consent attached hereto.

1   WHEREFORE, petitioner moves this court for an order appointing BRYCE P.
2   GOEKING as guardian ad litem of KIRA FLORENCE GOEKING, for the purpose of bringing a
3   petition to amend her naturalization certificate to reflect a corrected birth date, filed herewith.

5   Dated: November 20, 2011                **SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**

                                            _____
                                            Mark W. Epstein

                                            Attorneys for Petitioner
                                            KIRA FLORENCE GOEKING, a minor,
                                            by and through her guardian ad litem,
                                            BRYCE P. GOEKING

13                      CONSENT TO ACT AS GUARDIAN AD LITEM

14   I, Bryce P. Goeking, consent to act as guardian ad litem in the above action.

16   Dated: November 20, 2011               _____
                                            Bryce P. Goeking
                                            Petitioner

                                            . . .

21                                          ORDER

22   The petition for an order appointing Bryce P. Goeking as guardian ad litem of Kira
23   Florence Goeking is GRANTED.
24   SO ORDERED.
25   Dated: December 5, 2011                _____
                                            UNITED STATES DISTRICT JUDGE

**SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**
Attorneys at Law