| | |
|---|---|
| 1 | MELINDA HAAG, CSBN 132612<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Respondent |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| In re KIRA FLORENCE GOEKING, a minor, by and through her guardian ad litem, BRYCE P. GOEKING, | ) ) ) ) | No. C 11-5642 MEJ |
| Petitioner, | ) ) | **STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |
| v. | ) ) | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | ) ) ) | |
| Respondent. | ) ) | |

Petitioner, by and through his attorney of record, and Respondent, by and through its attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Petitioner filed this action on or about November 21, 2011, and Respondent was served on February 16, 2012.

2. Pursuant to this Court's November 21, 2011 Order Continuing the Case Management Conference, the parties are required to file a joint case management statement on March 1, 2012, and attend a case management conference on March 8, 2012.

3. In order to allow sufficient time for Respondent to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Stipulation to Extend Time
C 11-5642 MEJ                                    1

| | | |
|---|---|---|
| 1 | Last day to file Respondent's Answer: | April 16, 2012 |
| 2 | Last day to file Joint ADR Certification: | April 26, 2012 |
| 3 | Last day to file/serve Joint Case Management Statement: | May 10, 2012 |
| 4 | Case Management Conference: | May 17, 2012 at 10:00a.m. |

Date: March 1, 2012                                   Respectfully submitted,

MELINDA HAAG
United States Attorney

_____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Respondent

Date: March 1, 2012
_____/s/_____
MARK W. EPSTEIN
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: March 1, 2012

_____
MARIA-ELENA JAMES
Chief United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Extend Time
C 11-5642 MEJ                                       2