UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re KIRA FLORENCE GOEKING, a minor, by and through her guardian ad litem, BRYCE P. GOEKING,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Respondent. | No. 3:11-cv-05642-MEJ<br><br>[PROPOSED] CONSENT JUDGMENT |

  THIS MATTER COMES before the Court through a Joint Motion for Entry of Consent Judgment between the Petitioner KIRA FLORENCE GOEKING ("Petitioner"), by and through her guardian ad litem, BRYCE P. GOEKING, and through her attorneys of record, George M. Lee and Mark Warren Epstein, and Respondent, United States Citizenship and Immigration Services ("USCIS"), by and through its attorney of record, Sherease Pratt, Trial

Attorney, U.S. Department of Justice. On November 21, 2011, Petitioner filed a petition requesting that the Court grant her petition seeking to amend and correct her date of birth as it appears on her U.S. Certificate of Citizenship. Petitioner seeks to amend the date of birth as it appears on her U.S. Certificate of Citizenship to conform with her correct date of birth as it appears on Petitioner's Order of Adoption, Court-Ordered Delayed Certificate of Birth, Social Security Card, and medical records.

On May 9, 2012, Petitioner's counsel conferred with counsel for the Respondent, Sherease Pratt, Trial Attorney, United States Department of Justice, who indicated that Respondent consents to Petitioner's request to amend and correct her date of birth as it appears on her U.S. Certificate of Citizenship to conform with her correct date of birth as it appears on Petitioner's Order of Adoption, Court-Ordered Delayed Certificate of Birth, Social Security Card, and medical records.

Accordingly,

IT IS ORDERED that USCIS shall issue a new Certificate of Citizenship reflecting the correct date of birth for Petitioner KIRA FLORENCE GOEKING of March 9, 1999.

The Court FURTHER ORDERS that each party will bear its own costs and fees incurred in this action, including but not limited to fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.

The Court FURTHER ORDERS that the Court shall retain jurisdiction of this matter for purposes of construction, modification, and enforcement of this Order.

The Court FURTHER ORDERS that the Clerk of the Court close this case. In the event that a need arises for the court to construe, modify, or enforce the Order, the case may be reopened upon the filing of a motion.

DATED: __May 11, 2012__  _____
MARIA-ELENA JAMES
Chief United States Magistrate Judge

PRESENTED BY:

| | |
|---|---|
| GEORGE M. LEE, ESQ. <br> MARK WARREN EPSTEIN, ESQ. | STUART F. DELERY <br> Acting Assistant Attorney General <br> Civil Division |
| /s/ <br> GEORGE M. LEE, Esq. <br> Seiler Epstein Ziegler & Applegate, LLP <br> 101 Montgomery Street, 27th Floor <br> San Francisco, CA 94104 <br> Telephone: (415) 979-0500 <br> Facsimile: (415) 979-0511 <br> Email: gml@sezalaw.com <br><br> Attorneys for Petitioner | DAVID J. KLINE <br> Director, District Court Section <br><br> JEFFREY S. ROBINS <br> Assistant Director, District Court Section <br><br> JESI J. CARLSON <br> Senior Litigation Counsel, District Court Section <br><br> /s/ Sherease Pratt <br> SHEREASE PRATT <br> Trial Attorney <br> United States Department of Justice <br> Civil Division <br> Office of Immigration Litigation <br> District Court Section <br> P.O. Box 868, Ben Franklin Station <br> Washington, DC  20530 <br> Telephone: (202) 616-0063 <br> Facsimile: (202) 616-8962 <br> Email: Sherease.Pratt@usdoj.gov <br><br> Attorneys for Respondents |

# CERTIFICATE OF SERVICE

I declare that I am over the age of eighteen years and that I am not a party to the above action. My business address is 101 Montgomery Street, 27th Floor, San Francisco, CA 94104. On the date set forth below, I served the foregoing attached document [PROPOSED] CONSENT JUDGMENT on the parties in this action. Service of this document was accomplished in the following manner:

- ☐ **By First Class Mail:** I placed each document listed above in sealed envelope(s), addressed to the recipient(s) set forth below, with pre-paid postage affixed thereto, and deposited said envelope(s) in a recognized place of deposit for collection and delivery by first-class United States Mail.

- ☐ **By Facsimile:** I caused each document to be transmitted to the recipient(s) set forth below at their respective facsimile numbers as indicated.

- ☐ **By Personal Service:** I personally served each document listed above on the recipient(s) set forth below.

- ☐ **By Courier/Messenger:** I placed each document listed above in a sealed envelope(s), addressed to the recipient(s) set forth below, and arranged personal delivery of the same through a messenger/courier service, for delivery to be accomplished on this date.

- ☐ **By Overnight Express:** I placed each document listed above in a sealed envelope(s), addressed to the recipient(s) set forth below, and deposited said envelope(s) with an overnight courier service, for delivery to be accomplished the next business day.

- ☑ **By Electronic Mail:** I personally sent the foregoing document, in electronic form, to the recipients and at the e-mail addresses listed below.

Said document(s) were delivered to following recipients:

**Distribution List:**

SHEREASE PRATT
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20530
Telephone: (202) 616-0063
Facsimile: (202) 616-8962
Email: Sherease.Pratt@usdoj.gov

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed May 10, 2012, at San Francisco, California.

 /s/
George M. Lee